

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

CCC

*610 Federal Plaza
Central Islip, New York 11722*

May 20, 2015

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:   <u>United States v. John Doe
                  Criminal Docket No. 12-CR-633 (JFB)</u>

Dear Judge Bianco:

      The government writes to ask the Court to adjourn the sentencing in the above-referenced case. The Probation Department is diligently working to complete the offense conduct section of the Presentence Investigation Report.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

          By:        /s/
                            Christopher C. Caffarone
                            Assistant U.S. Attorney
                            (631) 715-7868

CC:   Terrence Buckley, Esq. (By ECF)